PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $20,980.00 IN U.S. CURRENCY,<br><br>              Defendant. | VERIFIED COMPLAINT FOR FORFEITURE *IN REM* |

The United States of America, by and through its undersigned attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action:

**NATURE OF ACTION**

1.  This is a civil action in rem to forfeit to the United States Approximately $20,980.00 in U.S. Currency (hereafter "defendant currency") involved in violations of federal drug laws.

2.  The defendant currency was seized during a traffic stop by the California Highway Patrol ("CHP") from David Byrd Jr. ("claimant") on June 30, 2020.  The defendant currency is in the custody of the United States Marshals Service, Eastern District of California.

///

1

## JURISDICTION AND VENUE

3. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. § 881.

4. This district is a proper venue pursuant to 28 U.S.C. § 1355 because the acts giving rise to this *in rem* forfeiture action occurred in this district, and pursuant to 28 U.S.C. § 1395 because the defendant currency was seized in this district.

## FACTUAL ALLEGATIONS

5. On June 30, 2020, CHP initiated a traffic stop on a rental car in which Byrd was an occupant. When asked for a license and registration, Byrd initially gave a fake identification card to the officer, but subsequently admitted he was in fact Dave Byrd, Jr. and acknowledged being wanted on outstanding arrest warrants. During a search of the vehicle, officers located approximately 3,000 suspected counterfeit M30 Oxycodone tablets containing fentanyl on the rear passenger seat along with a loaded 9mm semi-automatic pistol, and $20,980.00 in cash in an envelope in the same area within the vehicle. The defendant currency, packaged inside a bulk case envelope, was bundled with bank bands and rubber bands. A later bank count of the seized cash revealed 100 $100 bills, 200 $50 bills, and 49 $20 bills.

6. An agent from the Drug Enforcement Administration ("DEA") responded to the scene and spoke with Byrd regarding the pills, firearm, and defendant currency. Byrd admitted that he had rented the vehicle and that the firearm was his. Byrd, however, did not deny possessing the Oxycodone pills. Byrd also stated that the defendant currency was his, claiming that some of the cash was from a small business loan. The agent also spoke with a second individual inside the vehicle who denied all knowledge or ownership of the drugs, guns, and cash. Following the traffic stop, law enforcement arrested Byrd on the outstanding warrant. Byrd has also been charged with state drug and gun charges stemming from the traffic stop.

7. Byrd has an extensive criminal history including, but not limited to, felony convictions for Possession of Marijuana for Sale and Assault with a Firearm on a Person as well as outstanding arrest warrants from Sacramento County for Felon with a Firearm, Assault with a Firearm on a Person,

and Attempted Murder.

## FIRST CLAIM FOR RELIEF
### 21 U.S.C. § 881 (a)(6)

8.  Paragraphs one to seven above are incorporated by reference as though fully set forth herein.

9.  The defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) because it was money furnished and intended to be furnished in exchange for a controlled substance or listed chemical, constituted proceeds traceable to such an exchange, and was used and intended to be used to commit or facilitate a violation of 21 U.S.C. §§ 841, *et seq.*, an offense punishable by more than one year's imprisonment.

## PRAYER FOR RELIEF

WHEREFORE, the United States prays that:

1.  Process issue according to the procedures of this Court in cases of actions *in rem;*

2.  Any person having an interest in said defendant currency be given notice to file a claim and to answer the complaint;

3.  This Court enter a judgment of forfeiture of the defendant currency to the United States; and,

4.  The Court grant such other relief as may be proper.

DATED:  11/1/2021                                         PHILLIP A. TALBERT
                                                         Acting United States Attorney


                                               By:   /s/ Kevin C. Khasigian
                                                     KEVIN C. KHASIGIAN
                                                     Assistant U.S. Attorney

**VERIFICATION**

I, Brian Nehring, hereby verify and declare under penalty of perjury that I am a Special Agent with the U.S. Drug Enforcement Administration, that I have read the foregoing Verified Complaint for Forfeiture *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to the best of my knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent with the Drug Enforcement Administration.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated:  11-01-2021                                        /s/ Brian Nehring
                                                                      BRIAN NEHRING
                                                                      Special Agent
                                                                      Drug Enforcement Administration

                                                                      (Original signature retained by attorney)